IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE WYATT, JR., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:14-CV-2423-D |
| VS. § | |
| § | |
| 1000 ACRES OF LAND IN DALLAS, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER OF RE-REFERENCE

In her findings, conclusions, and recommendation filed on October 6, 2014, the United States Magistrate Judge recommended that this civil action be dismissed without prejudice for failure to comply with a court order and for want of prosecution, pursuant to Fed. R. Civ. P. 41(b). Since then, *pro se* plaintiff George Wyatt, Jr. ("Wyatt") has made several filings. Although the filings are in many respects difficult to comprehend, it appears that Wyatt intends to prosecute this lawsuit. The court therefore concludes that the lawsuit should not at this time be dismissed for failure to comply with a court order and for want of prosecution.

Accordingly, the court declines to adopt the October 6, 2014 findings, conclusions, and recommendation of the United States Magistrate Judge, and it re-refers this civil action to the magistrate judge for further proceedings, including, if appropriate, a recommendation that this case

be dismissed on the merits.

**SO ORDERED**.

October 16, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE