**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| GEORGE WYATT, JR., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Case No. 3:14-CV-2423-D |
| § | | |
| KATHIE HIGGINS, et al., § | | |
| Defendants. | | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the November 6, 2014 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

On November 12, 2014 plaintiff filed a pleading entitled "Mandate of Law" that refers to Rule 8, includes a list of names of claims (breach of contract and torts) and types of remedies, and seeks damages of $20 billion. It is no more specific than the prior pleadings that serve as the basis for dismissing this lawsuit for failing to comply with a court order. On November 25, 2014 plaintiff filed a motion for compromise and settlement. This document does not address the deficiencies that serve as the basis for dismissing this lawsuit for failing to comply with a court order.

**SO ORDERED**.

November 25, 2014.

                                                                                                                       SIDNEY A. FITZWATER
                                                                                                                       UNITED STATES DISTRICT JUDGE